**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MIRNA JUET LOPEZ,

                      Plaintiff,                      19 **CIVIL** 10692 (JMF) (KNF)

          -v-                                     **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                              Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 2, 2020, that the Commissioner's decision is reversed and

that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to

sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.


**Dated:** New York, New York
       April 6, 2020


                                      **RUBY J. KRAJICK**
                                _____
                                      **Clerk of Court**
            **BY:**
                                _____
                                      **Deputy Clerk**